THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:18-CV-576-D

| | |
|---|---|
| IBRAHIM OUDEH and<br>TERESA SLOAN-OUDEH,<br><br>Plaintiffs,<br><br>v.<br><br>GOSHEN MEDICAL CENTER, INC.,<br><br>Defendant, and Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>STATE OF NORTH CAROLINA,<br><br>Third-Party Defendants. | **ORDER** |

Upon consideration of Plaintiffs' Motion to Hold Case in Abeyance, and it appearing for good cause, Plaintiffs' Motion should be allowed, it is

ORDERED that Plaintiffs' Motion be granted. This case is hereby held in abeyance pending further order of the Court.

SO ORDERED, this the 22 day of May, 2019.

JAMES C. DEVER III
United States District Judge