IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00576-D

IBRAHIM OUDEH AND
TERESA SLOAN-OUDEH,

    Plaintiffs,

v.

GOSHEN MEDICAL CENTER, INC.,

    Defendant and Third-Party
    Plaintiff,

v.

UNITED STATES AND STATE OF
NORTH CAROLINA,

    Third-Party Defendants.

**ORDER ON GOSHEN MEDICAL CENTER, INC.'S MOTION TO LIFT ABEYANCE AND TO DISMISS**

THIS MATTER is before the Court on Goshen Medical Center's Motion to Lift Abeyance filed on May 8, 2020 [DE 36].

The Court has considered Goshen's Motion to Lift Abeyance [DE 36] and Memorandum in Support of Goshen Medical Center's Motion to Lift Abeyance [DE 37]. In addition, the Court notes that it has previously outlined the factual background of this case in its Order of January 29, 2019 in which the Court concluded that the Plaintiffs' complaint involves money subject to a prejudgment writ of garnishment. [DE 25] Plaintiffs have now agreed and consented to that conclusion in a joint consent motion in related case United States v. Oudeh, No. 5:18-CV-9-D [Related Case. DE 123].

Based on these considerations, the Court hereby GRANTS Goshen Medical Center's Motion to Lift Abeyance, determines that Plaintiffs' admissions in the Related Case render this case moot, and, therefore, dismisses this action with prejudice.

SO ORDERED. This **20** day of July 2020.

                                                  JAMES C. DEVER III
                                                  United States District Judge