UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IBRAHIM OUDEH and TERESA SLOAN-OUDEH, <br><br> Plaintiffs, <br><br> v. <br><br> GOSHEN MEDICAL CENTER, INC., <br><br> Defendant and Third-Party Plaintiff. <br><br> UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, <br><br> Third-Party Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:18-CV-576-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby GRANTS Goshen Medical Center's Motion to Lift Abeyance, determines that Plaintiffs' admissions in the Related Case render this case moot, and, therefore, dismisses this action with prejudice.

**This Judgment Filed and Entered on July 20, 2020, and Copies To:**

| | |
|---|---|
| Jose A. Coker | (via CM/ECF electronic notification) |
| R. Jonathan Charleston | (via CM/ECF electronic notification) |
| George J. Oliver | (via CM/ECF electronic notification) |
| Stephen W. Petersen | (via CM/ECF electronic notification) |
| John E. Harris | (via CM/ECF electronic notification) |
| Neal Fowler | (via CM/ECF electronic notification) |
| Lareena Jones-Phillips | (via CM/ECF electronic notification) |

DATE:                                              PETER A. MOORE, JR., CLERK

July 20, 2020                                   (By) /s/ Nicole Sellers
                                                             Deputy Clerk